UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ARCHULETA,<br><br>    Petitioner,<br><br>v.<br><br>OAKLAND SUPERIOR COURT,<br><br>    Respondent. | Case No. 18-cv-06432-HSG (PR)<br><br>**JUDGMENT** |

This federal habeas action having been dismissed, judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/4/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge