UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ARCHULETA,<br>Petitioner,<br>v.<br>OAKLAND SUPERIOR COURT,<br>Respondent. | Case No. 18-cv-06432-HSG<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On October 22, 2018, Petitioner filed a petition for writ of habeas corpus seeking relief from his 1987 state conviction for first degree burglary. Dkt. No. 1. On February 4, 2019, this action was DISMISSED for want of jurisdiction and judgment was entered in favor of Respondent. Dkt Nos. 12 and 13. On November 22, 2019, Petitioner filed a notice of appeal with the Ninth Circuit Court of Appeals. Dkt. No. 14. The Ninth Circuit has remanded this action for the limited purpose of granting or denying a certificate of appealability. For the reasons set forth below, the Court DENIES a certificate of appealability.

The federal rules governing habeas cases brought by state prisoners require a district court that issues an order denying a habeas petition to either grant or deny therein a certificate of appealability. *See* Rules Governing § 2254 Case, Rule 11(a). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and the certificate must indicate which issues satisfy this standard, *id.* § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: [t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the reasons set forth in the Court's

February 4, 2019 Order of Dismissal, the Court finds that Petitioner has not made a substantial showing that he has been denied a constitutional right. Accordingly, a certificate of appealability will be denied.

This case remains closed.

**IT IS SO ORDERED.**

Dated: 3/4/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge